1  PHILIP J. TERRY (SBN 148144)
   ANGELA G. DENNIS (SBN 232598)
2  CARLE, MACKIE, POWER & ROSS LLP
   100 B Street, Suite 400
3  Santa Rosa, CA 95401
   Telephone: (707) 526-4200
4  Facsimile: (707) 526-4707

5  MATTHEW G. BALL (SBN 208881)
   K & L GATES LLP
6  Four Embarcadero Center, 12th Floor
   San Francisco, CA 94111
7  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
8
   *Attorneys for Plaintiff/Defendant*
9  *Agile Thermal Technologies, Inc.*

10 JACK B. MCCOWAN, JR. (SBN 062056)
   TAD A. DEVLIN (SBN 190355)
11 BETH A. TRITTIPO (SBN 215622)
   GORDON & REES LLP
12 275 Battery Street, Suite 2000
   San Francisco, CA 94111
13 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
14
   CHRISTOPHER SCOTT D'ANGELO (Pennsylvania Bar No. 28463)
15 MONTGOMERY, MCCRACKEN,
       WALKER & RHOADS, LLP
16 123 South Broad Street
   Philadelphia, PA 19109-1099
17 Telephone: (215) 772-7397
   Facsimile: (215) 731-3767
18
   *Attorneys for Plaintiff/Defendant*
19 *IPSEN, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGILE THERMAL TECHNOLOGIES, Inc., a California corporation,<br><br>        Plaintiff/Defendant,<br>v.<br><br>IPSEN, Inc., an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>        Plaintiff/Defendant(s). | PJH<br>Case Nos. C 09-06011 ~~MHP~~ and CV 09-5993PJH (~~Consolidated~~) Related<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff/Defendant AGILE THERMAL TECHNOLOGIES, Inc and Plaintiff/Defendant IPSEN, INC. by their undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) stipulate that the previously consolidated matters, identified by Case Nos. C 09-06011 MHP and CV 09-5993-PJH shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED: February 10, 2010         CARLE, MACKIE, POWER & ROSS LLP

By _____
Philip J. Terry
Angela G. Dennis
Attorneys for Plaintiff/Defendant
AGILE THERMAL TECHNOLOGIES, INC.

DATED: February 16th, 2010         GORDON & REES LLP

By _____
Jack B. McCowan, Jr.
Tad A. Devlin
Beth A. Trittipo
Attorneys for Plaintiff/Defendant
IPSEN, INC.

PJH
PURSUANT TO STIPULATION, IT IS ORDERED that Case Nos. C09-06011 ~~MHP~~ Related and CV09-5993 PJH (~~consolidated~~) shall be dismissed with prejudice.

DATED: 2/19/10                    _____
Honorable Phyllis J. Hamilton
Judge of United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-
STIPULATION OF DISMISSAL    Case Nos. C09-06011 MHP and CV09-5993 PJH (Consolidated)