1  PHILIP J. TERRY (SBN 148144)
   ANGELA G. DENNIS (SBN 232598)
2  CARLE, MACKIE, POWER & ROSS LLP
   100 B Street, Suite 400
3  Santa Rosa, CA 95401
   Telephone: (707) 526-4200
4  Facsimile: (707) 526-4707

5  MATTHEW G. BALL (SBN 208881)
   K & L GATES LLP
6  Four Embarcadero Center, 12th Floor
   San Francisco, CA 94111
7  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
8

9  *Attorneys for Plaintiff/Defendant*
   *Agile Thermal Technologies, Inc.*

10 JACK B. MCCOWAN, JR. (SBN 062056)
   TAD A. DEVLIN (SBN 190355)
11 BETH A. TRITTIPO (SBN 215622)
   GORDON & REES LLP
12 275 Battery Street, Suite 2000
   San Francisco, CA 94111
13 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
14

15 CHRISTOPHER SCOTT D'ANGELO (Pennsylvania Bar No. 28463)
   MONTGOMERY, MCCRACKEN,
16   WALKER & RHOADS, LLP
   123 South Broad Street
17 Philadelphia, PA 19109-1099
   Telephone: (215) 772-7397
18 Facsimile: (215) 731-3767

19 *Attorneys for Plaintiff/Defendant*
   *IPSEN, INC.*

20                     UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22

23 AGILE THERMAL TECHNOLOGIES, Inc.,    | Case Nos. C 09-06011 ~~MHP~~ PJH and
   a California corporation,             | CV 09-5993PJH (~~Consolidated~~) Related
24
                   Plaintiff/Defendant,  | **STIPULATION OF DISMISSAL**
25        v.

26 IPSEN, Inc., an Illinois corporation; and
   DOES 1 through 100, inclusive,
27
                   Plaintiff/Defendant(s).
28

IPSEN/1061185/7539450v.1

-1-

STIPULATION OF DISMISSAL    Case Nos. C09-06011 MHP and CV09-5993 PJH (Consolidated)

Plaintiff/Defendant AGILE THERMAL TECHNOLOGIES, Inc and Plaintiff/Defendant IPSEN, INC. by their undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) stipulate that the previously consolidated matters, identified by Case Nos. C 09-06011 MHP and CV 09-5993-PJH shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED: February 10, 2010    CARLE, MACKIE, POWER & ROSS LLP

By _____
Philip J. Terry
Angela G. Dennis
Attorneys for Plaintiff/Defendant
AGILE THERMAL TECHNOLOGIES, INC.

DATED: February 16th, 2010    GORDON & REES LLP

By _____
Jack B. McCowan, Jr.
Tad A. Devlin
Beth A. Trittipo
Attorneys for Plaintiff/Defendant
IPSEN, INC.

PURSUANT TO STIPULATION, IT IS ORDERED that Case Nos. C09-06011 ~~MHP~~ PJH and CV09-5993 PJH (~~consolidated~~ Related) shall be dismissed with prejudice.

DATED: 2/19/10    _____
Honorable Phyllis J. Hamilton
Judge of United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton